A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Nov 07, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 22, 2008

FILED
CLERK'S OFFICE

FILED
NOV - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN RE: COUNTRYWIDE FINANCIAL CORP.
MORTGAGE MARKETING AND
SALES PRACTICES LITIGATION

MDL No. 1988

(SEE ATTACHED SCHEDULE)    08md1988-DMS(LSP)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On October 14, 2008, the Panel transferred five civil actions to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Dana M. Sabraw.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Sabraw.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of October 14, 2008, and, with the consent of that court, assigned to the Honorable Dana M. Sabraw.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 07, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 11/7/08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____ Deputy
K. JOHNSON

IN RE: COUNTRYWIDE FINANCIAL CORP.
MORTGAGE MARKETING AND
SALES PRACTICES LITIGATION                                           MDL No. 1988

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CONNECTICUT** | | | |
| CT | 3 | 08-1301 | State of Connecticut, et al. v. Countrywide Financial Corp., et al. |
| **FLORIDA SOUTHERN** | | | |
| ~~FLS~~ | ~~0~~ | ~~08-61511~~ | ~~Office of the Attorney General, Department of Legal Affairs, State of Florida v. Countrywide Financial Corp., et al.~~ Opposed 11/05/08 |
| **INDIANA NORTHERN** | | | |
| ~~INN~~ | ~~1~~ | ~~08-226~~ | ~~State of Indiana v. Countrywide Financial Corp., et al.~~ Opposed 11/06/08 |
| **WEST VIRGINIA SOUTHERN** | | | |
| ~~WVS~~ | ~~3~~ | ~~08-1093~~ | ~~State of West Virginia ex rel. Darrell V. McGraw, Jr. v. Countrywide Financial Corp., et al.~~ Opposed 11/06/08 |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

November 7, 2008

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Re: MDL No. 1988 -- IN RE: Countrywide Financial Corp. Mortgage Marketing and Sales Practices Litigation

(See Attached CTO-1)

Dear Mr. Hambrick:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>October 22, 2008</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Denise Morgan-Stone_
Denise Morgan-Stone
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:   Judge Dana M. Sabraw

JPML Form 36A

IN RE: COUNTRYWIDE FINANCIAL CORP.
MORTGAGE MARKETING AND
SALES PRACTICES LITIGATION

MDL No. 1988

### INVOLVED COUNSEL LIST (CTO-1)

John H. Beisner
O'Melveny & Myers, L.L.P.
1625 Eye Street, N.W.
Washington, DC 20006-4001

Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

Edward W. Ciolko
SCHIFFRIN BARROWAY TOPAZ & KESSLER
280 King of Prussia Road
Radnor, PA 19087

Linda Ann Conahan
GUNSTER YOAKLEY & STEWART
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301

Douglas L. Davis
Office of Attorney General
Consumer Protection Division
P.O. Box 1789
Charleston, WV 25326-1789

Pamela R. Davis
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Benjamin G. Diehl
Office of the California Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

Daniel L. FitzMaurice
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103-1212

Fulvio Joseph Gentili
Attorney General Office-Economic Crimes Division
110 Southeast 6th Street
9th Division
Fort Lauderdale, FL 33301

Carrie Goodwin-Fenwick
GOODWIN & GOODWIN
P.O. Box 2107
Charleston, WV 25328-2107

Thomas M. Hefferon
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
9th Floor, East
Washington, DC 20001

Christopher W. Kammerer
GUNSTER YOAKLEY & STEWART P A
777 South Flagler Drive, Suite 500 E
West Palm Beach, FL 33401-6194

David J. Karlin
Office of the City Attorney
1200 Third Avenue, Suite 700
San Diego, CA 92101

Mark F. Kohler
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Jeffrey C. McDermott
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079

**MDL No. 1988 - Involved Counsel List (CTO-1) (Continued)**

Gabrielle J. Owens
Indiana Attorney General's Office - IAG/302
Indiana Government Center South
302 West Washington Street, 5th Floor
Indianapolis, IN 46204-2770

Joseph J. Rego
LAW OFFICES OF JOSEPH J REGO
4019 Park Boulevard
San Diego, CA 92103

Phillip Rosario
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

David Siegel
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Veronica L. Spicer
Office of the Illinois Attorney General
100 West Randolph Street
12th Floor
Chicago, IL 60625

Stanley A. Twardy, Jr.
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901-2047

Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS LLC
1540 Broadway
37th Floor
New York, NY 10036