# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE MARKETING AND SALES PRACTICES LITIGATION | Case No. 3:08-md-1988-DMS-LSP |
| ROY V. HURSH, <br> Plaintiff, <br> v. <br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br> Defendants. | Case No. 3:08-cv-1313-DMS-LSP <br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** <br> Judge:     Dana M. Sabraw |

Pursuant to Fed. R. Civ. P. 41(a), and in accordance with the Joint Motion For Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41 (a) filed plaintiff Roy V. Hursh ("Plaintiff") and defendants Countrywide Financial Corporation, Full Spectrum Lending, a division of Countrywide Home Loans, Inc. erroneously named as Full Spectrum Lending, Inc., and Countrywide Home Loans, Inc. (collectively, "Defendants") on January 7, 2008, IT IS HEREBY ORDERED THAT this component action captioned as *Hursh v. Countrywide Financial Corporation, et al.*, Case No. 3:08-cv-1313-DMS-LSP is dismissed as to all claims and all parties without prejudice, without the award of costs, attorneys' fees or expenses to Plaintiff and Defendants, and with Plaintiff and Defendants waiving all rights to appeal.

IT IS SO ORDERED.

Dated: January 7, 2009

_____
THE HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

LIBA/1956355.1