UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE LEO S. PAPAS TO MAGISTRATE JUDGE RUBEN B. BROOKS | TRANSFER ORDER |

IT IS HEREBY ORDERED that the following listed cases are transferred from the calendar of the Honorable Leo S. Papas, to the calendar of the Honorable Ruben B. Brooks for all further proceedings. All conference or hearing dates set before Magistrate Judge Papas, if any, are vacated and will be rescheduled before Magistrate Judge Brooks. Any dates set before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 09-cv-0121-H | Barksdale v. Solstad |
| 09-cv-0218-IEG | Gilmore et al v. Bank of New York |
| 07-cv-0963-JLS | Datin v. M/V Sea Quest, Inc. |
| 09-cv-0573-JLS | Rodriguez v. Wachovia Mortgage |
| 07-cv-1762-JAH | McCann v. Wilshire Credit Corporation |

| | | |
|---|---|---|
| 1 | 08-cv-0248-JAH | Adams v. Allianceone, Inc. |
| 2 | 08-cv-2414-JAH | Hennington v. Residents of 5170 Clairemont |
| 3 | | Mesa Blvd Units 9 and 22 |
| 4 | 08-cv-2415-JAH | Hennington v. Federal Bureau of Investi- |
| 5 | | gation |
| 6 | 09-cv-0689-JAH | Hennington v. United States |
| 7 | 09-cv-1105-JAH | Hennington v. United States |
| 8 | 07-cv-1956-DMS | Ballardo et al v. City of National City |
| 9 | 09-cv-0554-L | Wright v. Wood |
| 10 | 08-cv-2020-IEG | Great American Insurance Company v. Ahmadpoor |
| 11 | 08-md-1988-DMS | In Re Countrywide Financial Corp Mortgage |
| 12 | | Marketing and Sales Practices Litigation |
| 13 | 08-cv-1888-DMS | Symone Leyvas v. Bank of America Corp. |
| 14 | 08-cv-1957-DMS | Jackson v. Countrywide Financial Corp. |
| 15 | 08-cv-1972-DMS | Heath O. White v. Countrywide Financial |
| 16 | | Corp. |
| 17 | 09-cv-0064-DMS | Buckley v. Countrywide Home Loans Inc. |
| 18 | 08-cv-1880-IEG | Workflow Solutions LLC v. Riffel |
| 19 | 09-cv-0597-W | Tulip Biomed, Inc v. Johnson |
| 20 | 06-cv-0149-JM | Belmont v. Salazar |
| 21 | 08-cv-1015-IEG | Henslee v. Wilson |
| 22 | 09-cv-0172-DMS | Hoffman v. Khatri |
| 23 | \\ | |
| 24 | \\ | |
| 25 | \\ | |
| 26 | \\ | |
| 27 | \\ | |
| 28 | \\ | |

```
08-cv-1213-JM            E.D. §2254


DATED:  July 1, 2009



                        _____
                        Hon. Leo S. Papas
                        U.S. Magistrate Judge
```

cc: Magistrate Judge Ruben B. Brooks
    Appropriate District Judges
    Pro Se Law Clerks
    All Counsel