Brooks R. Brown (SBN 250724)
*bbrown@goodwinprocter.com*
Alison M. Norris (SBN 248711)
*anorris@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S Figueroa St., 41st Floor
Los Angeles, California  90017
Tel.:  213.426.2500
Fax:  213.623.1673

Thomas M. Hefferon (pro hac vice)
*thefferon@goodwinprocter.com*
Maria B. Green (pro hac vice)
*mgreen@goodwinprocter.com*
Sabrina M. Rose-Smith (pro hac vice)
*srosesmith@goodwinprocter.com*
Matthew S. Sheldon (pro hac vice)
*msheldon@goodwinprocter.com*
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC  20001
Tel.:  202.346.4000
Fax:  202.346.4444

Attorneys for Corporate Defendants

**Goodwin Procter LLP**
**601 S Figueroa St., 41st Floor**
**Los Angeles, California 90017**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE MARKETING AND SALES PRACTICES LITIGATION, | Case No. 3:08-md-01988-DMS-WMC<br><br>Case No. 3:08-cv-01972 DMS-WMC;<br>Case No. 3:08-cv-01957 DMS-WMC; and<br>Case No. 3:08-cv-01888 DMS-WMC |
| THIS DOCUMENT RELATES TO AND IS FILED IN:<br><br>*White v. Countrywide Financial Corporation, et al.,* No. 08-CV-1972 DMS-WMC;<br><br>*Jackson v. Countrywide Financial Corporation, et al.,* No. 08-CV-1957 DMS-WMC;<br><br>*Leyvas v. Bank of America Corporation, et al.,* No. 08-CV-1888 DMS-WMC. | **MOTION AND NOTICE OF MOTION TO STRIKE CERTAIN PORTIONS OF EXPERT REPORTS OF CHRISTOPHER PETERSON**<br><br>Date:        July 15, 2011<br>Time:        1:30 P.M.<br>Courtroom:  10<br>Judge:       Hon. Dana M. Sabraw |

**<u>NOTICE OF MOTION AND MOTION TO STRIKE</u>**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on July 15 at 1:30 p.m., or as soon thereafter as counsel may be heard, defendants Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Bank, FSB[1]; Full Spectrum Lending (a division of Countrywide Home Loans, Inc., erroneously named as Full Spectrum Lending Inc.); Countrywide Bank, N.A. (nka Countrywide Bank, FSB); Countrywide Tax Services Corp.; LandSafe, Inc.; LandSafe Appraisal Services, Inc.; LandSafe Flood Determination, Inc.; and Bank of America Corporation ("Defendants" or "Countrywide") will bring on for hearing before the Honorable Dana M. Sabraw, United States Courthouse, Courtroom 10, 940 Front Street, San Diego, California, 92101, its Motion to Strike Certain Portions of Expert Reports of Christopher Peterson.

Defendants request this Court strike all the class certification-related portions of Peterson's expert reports or find that Peterson's class opinions should not be considered in connection with class certification, namely: (1) every Pay Option loan Countrywide made was inappropriate; (2) debt-to-income thresholds provide a universally applicable and inflexible standard for loan affordability; (3) all loans where the front-end debt-to-income ratio (i.e. the ratio of mortgage debt to income) exceeds 31% are unaffordable; (4) all loans where the back-end debt-to-income ratio (i.e. the ratio of all debt to income) exceeds 45% are unaffordable; and (5) a loan is unaffordable if it exceeds the debt-to-income ratios either when the loan was made and when the interest rate adjusted in the future. Expert Report of Christopher L. Peterson ¶¶ 11-13, 35-62, 74-76, 86; Rebuttal of Christopher L. Peterson ¶¶ 4, 6, 13, 40-44. These opinions are inadmissible for purposes of the pending motion for class certification because Peterson is unqualified to offer any of them and, as an additional independent basis, these opinions are inherently unreliable, lack any foundation or acceptable methodology, and otherwise fail to meet the applicable standards of Rule 702, *Daubert* and *Kumho Tire*. Fed. R. Evid. 702; *Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579 (1993); *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999). In the alternative, the

---

[1] Countrywide Bank, FSB was converted into a national bank and merged with and into Bank of America, N.A. effective April 27, 2009.

**Goodwin Procter LLP**
601 S Figueroa St, 41st Floor
Los Angeles, California 90017

1

opinions should not be considered in connection with the class motion because they are not the product of a reliable method, administered by a reliable and knowledgeable witness, and so are not useful or relevant to the issues under that motion.  For the reasons set forth above and in Defendants' Memorandum in Support, filed contemporaneously herewith, Defendants request this Court strike the above-referenced opinions in the expert reports of Christopher Peterson.

Respectfully submitted

Dated: June 10, 2011

By: s/ Thomas M. Hefferon
Brooks R. Brown
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.:  213.426.2500
Fax:  213.623.1673

Thomas M. Hefferon (admitted pro hac vice)
*thefferon@goodwinprocter.com*
Maria B. Green (admitted pro hac vice)
*mgreen@goodwinprocter.com*
Sabrina M. Rose-Smith (admitted pro hac vice)
*srosesmith@goodwinprocter.com*
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC  20001
Tel.:  202.346.4000
Fax:  202.346.4444

Attorneys for Corporate Defendants: *Bank of America Corporation; Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Bank, FSB; Countrywide Tax Services Corp.; Countrywide KB Home Loans, LLC; LandSafe, Inc.; LandSafe Appraisal Services, Inc.;* and *LandSafe Flood Determination, Inc.*

**Goodwin Procter LLP**
**601 S Figueroa St., 41st Floor**
**Los Angeles, California 90017**

2

Motion and Notice of Motion to Strike
Certain Portions of Expert Reports of Christopher Peterson

Case Nos.: 3:08-md-01988-DMS-WMC
08-cv-01972 :08-cv-01957; :08-cv-01888

**PROOF OF SERVICE**

I am employed in the City of Washington, District of Columbia.  I am over the age of 18 and not a party to the within action.  My business address is 901 New York Avenue, N.W., Washington, DC  20001.

On **June 10, 2011**, I served the following documents:

**MOTION AND NOTICE OF MOTION TO STRIKE CERTAIN PORTIONS OF EXPERT REPORTS OF CHRISTOPHER PETERSON**

| | |
|---|---|
| Joe R. Whatley, Jr.<br>Edith M. Kallas<br>Ilze C. Thielmann<br>WHATLEY, DRAKE & KALLAS, LLC<br>1540 Broadway, 37th Floor<br>New York, NY  10036 | Co-Lead Counsel for Plaintiffs:<br>Tel. 212.447.7070<br>Fax. 212.447.7077<br>jwhatley@wdklaw.com<br>ekallas@wdklaw.com<br>ithielmann@wdklaw.com |
| Richard P. Rouco<br>QUINN, CONNOR, WEAVER, DAVIES &<br>ROUCO<br>2700 Highway 280 East, Suite 380<br>Birmingham, AL 35223 | Co-Lead Counsel for Plaintiffs:<br>Tel: 205.870.9989<br>Fax: 205.803.4143<br>rrouco@qwwdlaw.com |
| Edward W. Ciolko<br>Joseph H. Meltzer<br>Joseph A. Weeden<br>Donna Siegel Moffa<br>Amanda R. Trask<br>KESSLER TOPAZ KESSLER MELTZER &<br>CHECK, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087 | Co-Lead Counsel for Plaintiffs:<br>Tel. 610.667.7706<br>Fax. 610.667.7056<br>eciolko@btkmc.com<br>jmeltzer@btkmc.com<br>jweeden@btkmc.com<br>dmoffa@btkmc.com<br>atrask@btkmc.com |
| Alan M. Mansfield,<br>THE CONSUMER LAW GROUP<br>9466 Black Mountain Road, Suite 225<br>San Diego, CA 92126 | Plaintiffs: Liaison Counsel<br>Tel. 619.308.5034<br>Fax. 888.341.5048<br>alan@clgca.com |
| Mark K. Gray<br>Matthew L. White<br>FRANKLIN GRAY & WHITE<br>505 W. Ormsby Avenue<br>Louisville, KY 40203-3017 | Counsel for Plaintiff: *Kimberly A. Jackson, et al.; Plaintiffs Steering Committee*<br>Tel. 502.637.6000<br>Fax. 502.637.1413<br>mgray@franklingrayandwhite.com<br>mwhite@franklingrayandwhite.com |

**Goodwin Procter LLP**
601 S Figueroa St, 41st Floor
Los Angeles, California 90017

1

Christopher Kim
George T. Busu
LIM RUGER & KIM, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017

Counsel for Plaintiffs: *Symone Leyvas, John Leyvas,* and *June Harding Brown*
Tel. 213.955.9500
Fax. 213.955.9511
christopher.kim@lrklawyers.com
george.busu@lrklawyers.com

Jay Edward Smith
Robert A. Cantore
Omar Josef Shehabi
GILBERT & SACKMAN
3699 Wilshire Blvd., Suite 1200
Los Angeles, CA  90010-2732

Counsel for Plaintiffs: *Francis G. Sizemore, Rebecca G. Sizemore, Edward Marini, Kimberly Menichetti, Philip D. Menichetti,* and *Sequesta L. Washington*
Tel. 323.938.3000
Fax. 323.937.9139
js@gslaw.org
rac@gslaw.org
oshehabi@gslaw.org

J. Preston "Pete" Strom, Jr.
Mario A. Pacella
Robyn W. Madden
STROM LAW FIRM
2110 N. Beltline Blvd., Suite A
Columbia, SC 29204

Counsel for Plaintiffs: *Francis G. Sizemore, Rebecca G. Sizemore, Edward Marini, Kimberly Menichetti, Philip D. Menichetti,* and *Sequesta L. Washington / Plaintiffs' Steering Committee*
Tel. 803.252.4800
Fax. 803.252.4801
petestrom@stromlaw.com
mpacella@stromlaw.com
rmadden@stromlaw.com

Nicholas B. Roth
EYSTER KEY TUBB ROTH MIDDLETON & ADAMS
P.O. Box 1607
Decatur, AL 35602

Counsel for Plaintiffs: *Francis G. Sizemore, Rebecca G. Sizemore, Edward Marini, Kimberly Menichetti, Philip D. Menichetti,* and *Sequesta L. Washington / Plaintiffs' Steering Committe*e
Tel. 256.353.6761
Fax. 256.353.6767
nbroth@eysterkey.com

by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

☐    (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Washington, DC.

☐    (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy  of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

**Goodwin Procter LLP**
**601 S Figueroa St, 41st Floor**
**Los Angeles, California  90017**

2

Motion and Notice of Motion to Strike Certain
Portions of Expert Reports of Mr. Christopher Peterson

Case Nos.: 3:08-md-01988-DMS-WMC
08-cv-01972 :08-cv-01957; :08-cv-01888

☐    (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐    (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑    (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "*A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se.*"

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **June 10, 2011**, at Washington, DC.

| Thomas M. Hefferon | s/ Thomas M. Hefferon |
|---|---|
| (Type or print name) | (Signature) |

**Goodwin Procter LLP**
**601 S Figueroa St., 41st Floor**
**Los Angeles, California 90017**

3

Motion and Notice of Motion to Strike Certain
Portions of Expert Reports of Mr. Christopher Peterson

Case Nos.: 3:08-md-01988-DMS-WMC
08-cv-01972 :08-cv-01957; :08-cv-01888