# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE MARKETING AND SALES PRACTICES LITIGATION | CASE NO. 08md1988 DMS (WMC) **ORDER CLOSING CASE** |
|---|---|

In light of the Multidistrict Litigation Panel's May 11, 2012 Conditional Remand Order, the Clerk of Court is hereby directed to close this case.

**IT IS SO ORDERED**.

DATED: June 27, 2012

_____

HON. DANA M. SABRAW

United States District Judge

- 1 -